**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

ESTATE OF: ISABEL WILNER,     : No. 390 MAL 2014
DECEASED                               :
                                         :
                                         : Petition for Allowance of Appeal from the
                                         : Order of the Superior Court
                                         :
PETITION OF: LINDA BAKER      :

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of November, 2014, the Petition for Allowance of Appeal is **GRANTED**. The issue is:

> Whether this Court should accept jurisdiction to determine if it should overrule the rigid application of the irrebutable "two witness" rule, particularly in cases where a disinterested scrivener, an officer of the [c]ourt, testifies credibly concerning the contents of the [w]ill and where[,] based on the overwhelming evidence in the case as determined by the trier of fact[,] application of the rule would create the very injustice that it was intended to avoid[.]

    Petitioner's Application for Leave to File a Reply to Answer to address her standing in this matter is **DENIED**, as respondent waived the issue of petitioner's standing by failing to raise it in the Superior Court. See Pa.R.A.P. 302(a); In re Condemnation by Urban Redevelopment Authority of Pittsburgh, 913 A.2d 178, 181 n.6 (Pa. 2006) (noting standing in Pennsylvania is nonjurisdictional and therefore waivable (citation omitted)).